1
 Mauricio Alvarado-Vasquez, Petitione v. The People of the State of Colorado. Respondent No. 25SC562Supreme Court of Colorado, En BancFebruary 9, 2026
           Court
 of Appeals Case No. 23CA1491
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether firearm toolmark analysis evidence is admissible if
 the trial court finds that "the scientific"
 principles underlying it are reasonably reliable and the
 expert and the evidence otherwise satisfy the admissibility
 criteria in People v. Shreck, 22 P.3d 68, 77-78
 (Colo. 2001), and Estate of Ford v. Eicher, 250 P.3d
 262, 267 (Colo. 2011).
 
 
          DENIED
 AS TO ALL OTHER ISSUES.